UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERAMIE J. KELLEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-1232
Hon. Ray Kent

**AMENDED JUDGMENT**

In accordance with the Order filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Order.

**IT IS SO ORDERED**.

Dated: April 2, 2019

/s/ Ray Kent
United States Magistrate Judge